FILED
2013 APR 29 PM 3: 45
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
AKRON

U.S. DISTRICT COURT OF APPEALS

9TH DISTRICT COURT

AKRON SUMMIT COUNTY OHIO

GENESE CARSWELL

730 CALLIS DRIVE Apt # 1416

AKRON OHIO 44311

PLAINTIFF

Judge:

CASE # 5:13 CV 965

U.S.E. E.O.C. # 532-2012-02124

COMPLAINT OF WRONGFUL

DISCHARGE

JUDGE LIOI

MAG. JUDGE LIMBERT

SUMMA HEALTH STSTEM

525 E. MARKET STREET

AKRON OHIO 44309

P.O Box 2090

DEFENDANT

## Jurisdiction

The jurisdiction in this matter is referred by federal statue regarding the parties involved and there places of residents, the sums of money involved with respects to the allegations charged and the monetary sums asked for/demand.

Now comes Genese Carswell, plaintiff to definitely allege and charge the defendant Summa Health System and/via Chuck Noebe/ Area Manager, Environmental Services, with discrimination via race,

sex ,age, and tenure and violation of summa health system's employment policy # 9.2 and 9.4 regarding disciplinary actions and the like.

Respectfully Submitted,

*Genese Carswell*

Genese Carswell

(330) 400-0373

(330) 379-2277

Abbreviation: U.S.E.E.O.C.—UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION