```
FILED
2013 JUL 10 PM 2: 47
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF OHIO
    AKRON
```

U.S. DISTRICT COURT OF APPEALS

9TH DISTRICT COURT

AKRON SUMMIT COUNTY OHIO

**GENESE CARSWELL**

**730 CALLIS DRIVE Apt # 1416**

**AKRON OHIO 44311**

**PLAINTIFF**

Judge:

CASE # 513 CV 965

U.S.E. E.O.C. # 532-2012-02124

AMENDMENT TO COMPLAINT OF WRONGFUL

DISCHARGE

**SUMMA HEALTH STSTEM**

**525 E. MARKET STREET**

**AKRON OHIO 44309**

**DEFENDANT**

Jurisdiction

The jurisdiction in this matter is referred by federal statue regarding the parties involved and there places of residents, the sums of money involved with respects to the allegations charged and the monetary sums asked for/demand.

Now comes Genese Carswell, plaintiff to definitely allege and charge the defendant Summa Health System and/via Chuck Noebe/ Area Manager, Environmental Services, with discrimination via race,

sex, age, religion and tenure and violation of summa health system's employment policy # 9.2 and 9.4 regarding disciplinary actions and the like.

Respectfully Submitted

*Genese Carswell*

Genese Carswell

(330) 400-0373

(330) 379-2277

Abbreviation: U.S.E.E.O.C.—UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION